AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>PONMUTHUKUMAR THANGEVELU<br>a/k/a Ponmuti Thangavelu, Ponmuthukumar Thangavelu<br>*Defendant* | ) ) ) Case No. 09-70 ME<br>) )<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ponmuthukumar Thangevelu,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

using the mail, or any facility or means of interstate or foreign commerce, knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so; travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, or attempt to do so, in violation of Title 18, United States Code, Sections 2422(b), 2423(b) and 2423(e).

**RECEIVED**

DEC 1 5 2009

CLERK U.S. DISTRICT
WEST. DIST. OF PENNSY...

Date: 12/09/2009

City and state: Erie, Pennsylvania

*Issuing officer's signature*

Susan Paradise Baxter, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/09/09, and the person was arrested on *(date)* 12/11/09
at *(city and state)* CORRY, PA

Date: 12/14/09

*Arresting officer's signature*

THOMAS W BRENNOIS SPECIAL AGENT
*Printed name and title*